UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKING TECHNOLOGY HOLDINGS LLC,

                Plaintiff,

- against -

PARK ASSIST, LLC,

                Defendant.

**ORDER**

20 Civ. 3156 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for December 10, 2020 is adjourned to **January 21, 2021 at 10:00 a.m.**

Dated:  New York, New York
         December 2, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge