UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKING TECHNOLOGY HOLDINGS
LLC,

                            Plaintiff,

            - against -

PARK ASSIST, LLC,

                           Defendant.

**<u>ORDER</u>**

20 Civ. 3156 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the claim construction hearing in this matter will take

place on **June 28, 2021 at 10:00 a.m.**

Dated: New York, New York
       February 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge