# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Scheduling Order previously entered by the Court (Dkt. Nos. 38, 41, 54) is hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Claim Construction Hearing | June 28, 2021 | [no change] |
| Close of Fact Discovery and Deadline for Fact Witness Depositions | July 16, 2021 | August 25, 2021 |

Dated:   June 15, 2021

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York

1