UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKING TECHNOLOGY HOLDINGS LLC,

        Plaintiff,

- against -

PARK ASSIST, LLC,

        Defendant.

**ORDER**

20 Civ. 3156 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's hearing, the parties will submit a joint letter by **July 6, 2021,** concerning further briefing in this case, including whether claim construction and summary judgment briefing should proceed simultaneously or seriatim.

Dated: New York, New York
       June 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge