UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PARKING TECHNOLOGY HOLDINGS LLC,      :

                                                                        :      ORDER
                          Plaintiff,

                                                                         :      20 Civ. 3156 (PGG) (GWG)
    -v.-

                                                                         :
PARK ASSIST, LLC,
                                                                         :

                        Defendant.      :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This Order addresses the matters raised in plaintiff's July 27, 2021, letter (Docket # 78), and defendant's response (Docket # 79). It appears defendant does not object to producing the information at issue and accordingly the Court orders it to do so by August 6, 2021.

      SO ORDERED.

Dated: July 30, 2021
      New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge