## ORDER

PURSUANT TO THE UNOPPOSED MOTION, IT IS SO ORDERED. The Scheduling Order previously entered by the Court (Dkt. Nos. 38, 41, 54, 56, 83) is hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery and Deadline for Fact Witness Depositions | October 8, 2021 | November 30, 2021 |

Dated: **September 22, 2021**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York