## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Scheduling Order previously entered by the Court (Dkt. Nos. 38, 41, 54, 56, 83, 85) is hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery and Deadline for Fact Witness Depositions | November 30, 2021 | April 15, 2022 |

Dated:     November 12, 2021

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York

1