**ORDER**

      PURSUANT TO STIPULATION, IT IS SO ORDERED. The Scheduling Order previously entered by the Court (Dkt. Nos. 38, 41, 54, 56, 83, 85, 90, 92) is hereby modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of Fact Discovery and Deadline for Fact Witness Depositions | January 25, 2023 | June 30, 2023 |

Dated: December 5, 2022

*Gabriel W. Gorenstein*
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York