**ORDER**

      PURSUANT TO STIPULATION, IT IS SO ORDERED. The Scheduling Order previously entered by the Court (Dkt. Nos. 38, 41, 54, 56, 83, 85, 90, 92, 94, 96, 99) is hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery and Deadline for Fact Witness Depositions | March 15, 2024 | September 16, 2024 |

Dated: February 15, 2024

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York