UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PARKING TECHNOLOGY HOLDINGS LLC    :

              Plaintiffs,         :      ORDER

  -v.-                                     :
                                            20 Civ. 3156 (PGG) (GWG)
PARK ASSIST, LLC,                      :

             Defendant.      :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to the request made in Docket # 116, this case remains referred to the undersigned for General Pretrial purposes. See Docket # # 53, 54. The parties' application is granted as follows:

1. All interrogatories must be served by October 23, 2024.

2. Any requests to admit shall be served by November 15, 2024. Each party may serve up to twenty (20) substantive requests for admission and an unlimited number of requests for admission solely as to the authentication of documents

3. All non-expert discovery shall be commenced in time to be completed by November 22, 2024.

4. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by December 27, 2024.

    The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by January 31, 2025.

5. Depositions of experts shall be completed by February 21, 2025.

6. Any request to Judge Gardephe to make a dispositive motion shall comply with his Individual Practices and shall be filed by March 7, 2025. Any response shall be filed by March 20, 2025.

7. The terms of all prior scheduling orders and/or case management plans remain in effect as long as they are not inconsistent with the above provisions.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge