MEMORANDUM ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARKING TECHNOLOGY HOLDINGS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>PARK ASSIST, LLC,<br><br>        Defendant. | Civil Action No. 1:20-cv-03156-PGG-GWG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY ALL DEADLINES AND**
**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff Parking Technology Holdings LLC and Defendant Park Assist, LLC (collectively, "the Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement in Principle.

On September 20, 2024, the Parties reached a resolution in principle and are in the process of negotiating the documentation of that resolution. The Parties respectfully request that the Court grant a stay of all proceedings until October 11, 2024. If the parties have not finalized an agreement by that time, they will return to the Court to seek a further order governing the timing of the case.

The Parties submit that good cause exists for granting this agreed Joint Motion, as set forth above. This Joint Motion is not filed for purposes of delay, but so that justice may be served.

Accordingly, the Parties respectfully request that the Court enter the proposed order submitted with this Joint Motion.

Dated:  September 23, 2024

1

**RUSS, AUGUST & KABAT**

*/s/ Kristopher R. Davis*
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Reza Mirzaie (*pro hac vice*)
rmirzaie@raklaw.com
Kristopher R. Davis (*pro hac vice*)
kdavis@raklaw.com
Jonathan Ma (*pro hac vice*)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

*Counsel for Plaintiff Parking Technology
Holdings LLC*

**LIPPES MATHIAS LLP**

*/s/ Tod Melgar*
Tod M. Melgar (NY2790228)
tmelgar@lippes.com
Tony V. Pezzano NY2315547)
tpezzano@lippes.com
Chintan A. Desai (*pro hac vice*)
cdesai@lippes.com
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (646) 741-9791

*Counsel for Park Assist LLC*

All deadlines in this matter are extended for a period of 17 days.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 24, 2024

2