UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARKING TECHNOLOGY HOLDINGS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PARK ASSIST, LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:20-cv-03156-PGG-GWG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff Parking Technology Holdings LLC and Defendant Park Assist, LLC stating that the parties have resolved all claims in this action. Having considered this request, and for good cause, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this action are dismissed with prejudice. IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and attorneys' fees in this action. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:　October 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_Pauls Sardephe_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1